UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>BRYAN W. ADAMS<br><br>Defendant. | CASE NO.<br><br>JUDGE<br><br>**INFORMATION**<br><br>18 U.S.C. §§ 2252(a)(2) & (b)(1) |

**THE UNITED STATES ATTORNEY CHARGES:**

**COUNT ONE**
(Receipt of Child Pornography)

1. Between May 20, 2024 and June 11, 2024, in the Southern District of Ohio, the defendant, **BRYAN W. ADAMS**, did knowingly receive one or more visual depictions using any means and facility of interstate and foreign commerce, including the internet, the production of such visual depictions having involved the use of a minor engaging in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2)(A), and such depictions being of such conduct, to wit: digital files depicting minors, including prepubescent and toddler-aged children, engaged in sex acts with adults, masturbation, and the lascivious exhibition of their genitalia, anus, and pubic region.

In violation of 18 U.S.C. §§ 2252(a)(2) & (b)(1).

DOMINICK S. GERACE, II

**EMILY CZERNIEJEWSKI** (IL 6308829)
Assistant United States Attorney