IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America,

       Plaintiff,                      Case No. 2:25-cr-00150

      v.

Bryan W. Adams,

       Defendant.

## ORDER OF RECUSAL

    The undersigned hereby recuses himself from this case and instructs that it be redrawn.

                                         s/ James L. Graham
                                         JAMES L. GRAHAM
                                         United States District Judge

DATE: September 8, 2025